06-42 (JDB)

```
                                                CLOSED INTERP
            U.S. District Court
      Southern District of Florida (FtLauderdale)

      CRIMINAL DOCKET FOR CASE #: 06-M -6072-ALL
```

USA v. Cajuste                                        Filed: 02/27/06
Dkt# in other court: None

Case Assigned to:  Magistrate Barry S. Seltzer

PHITO CAJUSTE (1) , DOB:            Public Defender
                                       [term  03/07/06]
CREOLE INTERPRETER NEEDED           FTS 356-7556
     defendant                      [COR LD NTC pda]
  [term  03/07/06]                  Federal Public Defender's
                                    Office
                                    1 E Broward Boulevard
                                    Suite 1100
                                    Fort Lauderdale, FL 33301
                                    954-356-7436

**FILED**

MAR 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Pending Counts:

   NONE

Terminated Counts:

   NONE


Complaints                          Disposition

18:1203 Hostage taking/
REMOVAL WASHINGTON D.C.

---

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date  3/7/06

Docket as of March 7, 2006 2:33 pm                                Page 1




Proceedings include all events.
0:06m 6072-ALL USA v. Cajuste                                                CLOSED
                                                                                  INTERP

PHITO CAJUSTE, DOB: .                            CREOLE
INTERPRETER NEEDED

          defendant


=========================

USA

          plaintiff

U. S. Attorneys:

    NONE

Docket as of March 7, 2006 2:33 pm                    Page 2

Proceedings include all events.
0:06m 6072-ALL USA v. Cajuste                                    CLOSED
                                                                 INTERP

| Date | # | Entry |
|---|---|---|
| 2/27/06 | -- | ARREST of Phito Cajuste (dd) [Entry date 02/28/06] |
| 2/27/06 | 1 | COPY OF INDICTMENT from Washington DC (dd) [Entry date 02/28/06] |
| 2/27/06 | 2 | REPORT Commencing Criminal Action as to Phito Cajuste  DOB: Prisoner # (dd) [Entry date 02/28/06] |
| 2/27/06 | 3 | INTERPRETER required for Phito Cajuste   Language: CREOLE (dd) [Entry date 02/28/06] |
| 2/27/06 | 4 | ORDER on Initial Appearance as to Phito Cajuste Bond set to PTD Requested for Phito Cajuste., for Appointment of Defender Detention hearing set for 10:00 3/3/06 Removal hearing set for 10:00 3/3/06 before Magistrate Barry S. Seltzer, , ( Signed by Magistrate Barry S. Seltzer on 2/27/06) Tape # 06-012 CCAP (dd) [Entry date 02/28/06] |
| 2/27/06 | 5 | Minutes of Initial Appearance held on 2/27/06  before Magistrate Barry S. Seltzer as to Phito Cajuste ;  advised of charges, FPD appointed, PTD/Removal set 3-3-06. (dd) [Entry date 02/28/06] |
| 3/3/06 | 7 | Minutes of PTD hearing held on 3/3/06  before Magistrate Barry S. Seltzer as to Phito Cajuste ; (dp) [Entry date 03/07/06] |
| 3/3/06 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Phito Cajuste ( Signed by Magistrate Barry S. Seltzer on 3/3/06) [EOD Date: 3/7/06] CCAP△ (dp) [Entry date 03/07/06] |
| 3/6/06 | 6 | ORDER OF DETENTION as to Phito Cajuste ( Signed by Magistrate Barry S. Seltzer on 3/6/06)  CCAP (dp) [Entry date 03/06/06] |
| 3/7/06 | 9 | Transmittal Letter sent  to District of Washington, DC in case as to Phito Cajuste . Documents Sent: Rule 40 documents (dp) [Entry date 03/07/06] |

```
Docket as of March 7, 2006 2:33 pm                    Page 3
```