WARRANT FOR ARREST                                          CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-042   MAGIS. NO: |
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED |
| PHITO CAJUSTE, also known as Fito | PHITO CAJUSTE, also known as Fito |
| DOB: | FILED MAR 2 8 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| | DISTRICT OF ARREST |
| WARRANT ISSUED ON THE    Indictment | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Hostage Taking and Aiding and Abetting and Causing an Act to be Done

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18 U.S.C. § 1203(a) and 2 |
|---|---|

| BAIL FIXED BY COURT: HWJoB | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: ALAN KAY U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE) ALAN KAY U.S. MAGISTRATE JUDGE | DATE ISSUED: FEB 15 2006 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: FEB 15 2006 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 3-15-06 | NAME AND TITLE OF ARRESTING OFFICER JEAN McLEOD SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] Jean McLeod |
|---|---|---|
| DATE EXECUTED 3-28-06 | | |