IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| V. : | Case No. 06-042-02 |
| | Detention Hearing: April 5, 2006 |
| **PHITO CAJUSTE** : | |

### NOTICE OF APPEARANCE

To the Clerk of this Court:

You are hereby notified that I, Teresa G. Kleiman (Bar Number 445497), am appointed under the Criminal Justice Act (CJA) on behalf of Phito Cajuste in the above-captioned matter.

Respectfully submitted,

_____
Teresa G. Kleiman #445497
419 7th Street, N.W.
Suite 201
Washington, D.C. 20004
(202) 638-6514

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was electronically filed on March 29, 2006.

_____
Teresa G. Kleiman