**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

APR 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Phito Cajuste

Registration No.

CRIMINAL NO: 06-042

[Handwritten annotation across left side: Defendant consents to entry of this order, but reserves opportunity to offer proffer or evidence at a later date; Defendant waives writing for now]

**ORDER**

It is hereby ordered that the Defendant __Phito Cajuste__ be committed to the custody of the Attorney General or a designated representative for confinement in the corrections facility separate, to the extent practical, apart from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of a Court of the United States of America or at the request of the United States Attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

SO ORDERED, this __5th__ day of __April, 2006__.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge