CO-526
(12/86)

|  |  |  |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA | | **FILED**<br><br>MAY 0 4 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

UNITED STATES OF AMERICA   )
                           )
            vs.            )   Criminal Case No.   06-0042-02
                           )
PHITO CAJUSTE              )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

\* _____Phito Cajuste_____
               Defendant

_____Teresa G. Kleiman_____
           Counsel for defendant

I consent:

_____[signature]_____
Assistant United States Attorney

Approved:

_____[signature]_____         Date: _____5-4-06_____
Judge John D. Bates