IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    : | |
| : | Crim. No. 06-CR-042  (JDB) |
| v. | Status Hearing: July 27, 2006 |
| : | |
| PHITO CAJUSTE | |

**MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH
TO SUBMIT MATERIAL INACCURACIES OR DISPUTES**

Undersigned counsel, respectfully moves this Court, pursuant to Federal Rules of Criminal Procedure 45, for an enlargement of time within which to submit material inaccuracies or disputes, Rule 32.2, in the above-captioned matter.

In support of this Motion, counsel states:

1. On May 4, 2006, Mr. Phito Cajuste pled guilty before the Court to one count Hostage Taking in violation of Title 18, United States Code, Section 1203..

2. A sentencing date has not yet been scheduled in the matter.

3. A status hearing in the case, previously scheduled for July 13, 2006, was continued by the Court to July 27, 2006, upon oral motion for a continuance by undersigned counsel.  The motion for continuance is based upon an urgent family matter involving the health of her elderly parents which requires that counsel be out of the jurisdiction until July 19, 2006 .

4. The oral motion was unopposed by the government.

5. Counsel received a telephone message yesterday, June 29, 2006, from the U.S. Probation Office for the District of Columbia in District Court indicating that the "disclosure

report" is available for pick up in the matter.

6. An enlargement of time, in order to obtain the report, review the report with Mr. Cajuste, and respond in writing to the report, is necessary due to counsel's family matter. Counsel will not be able to arrange for a Creole interpreter to meet with counsel and Mr. Cajuste at the D.C. Jail, review the report with Mr. Cajuste, and submit in writing any material inaccuracies or disputes until counsel returns to the jurisdiction.

7. Mr. Cajuste would be prejudiced at sentencing without a meaningful opportunity to respond to the report.

8. Because a sentencing date has not yet been scheduled in the matter, an enlargement of time within which to review the report with Mr. Cajuste and submit in writing material inaccuracies or disputes should not prejudice the government or the U.S. Probation Office.

9. Counsel requests an enlargement of time of 5-7 days after counsel's return to the jurisdiction on July 19, 2006.

10. Counsel left a telephone message regarding the substance of this motion with U.S. Probation Officer Valencia Fletcher and Assistant United States Attorney Jeanne Hauch.

WHEREFORE, for the foregoing reasons and such other reasons as may be apparent to the Court, counsel respectfully requests that the Court grant the motion for an enlargement of time within which to submit in writing material inaccuracies or disputes.

Respectfully submitted,

Teresa G. Kleiman #445497
Counsel for Mr. Cajuste

        419 7th Street, N.W.
        Suite 201
        Washington, D.C. 20004
        (202) 638-6514

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion has been electronically filed on this <u>30</u> day of June, 2006.

_____
Teresa G. Kleiman