UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-642(JDB)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **PHITO CAJUSTE** | : | |
| | : | |

### JOINT MOTION OF THE PARTIES TO CONTINUE STATUS HEARING

The parties, the United States of America, through its attorney, the United States Attorney for the District of Columbia, and the defendant, through his attorney, respectfully jointly move the Court to continue the status hearing set in this matter for December 20, 2006 at 9:45 a.m.

1. Defendant entered a plea of guilty to one count of hostage taking on May 4, 2006.

2. The Court held a status hearing on November 2, 2006, at which time the parties discussed matters and developments which may affect the sentencing of the defendant. At the time, it was hoped that these matters would be substantially resolved by the date of the next scheduled hearing, December 20, 2006.

3. The parties have conferred at length. At present, progress has been made, however, the parties are still awaiting more developments. It is anticipated that such developments are likely to occur over the next six weeks. Thus the parties respectfully request that the Court set the matter down for a status hearing at that time. Specifically, the parties respectfully request that the Court

consider setting this matter down for a status hearing anytime on January 16, 17 or 18, or in the afternoon of January 19, or at some other later time convenient for the Court.

                                    Respectfully submitted,

                                    JEFFREY A. TAYLOR
                                    UNITED STATES ATTORNEY
                                    D.C. BAR NUMBER 498610

                                    _____
                                    Jeanne M. Hauch
                                    D.C. Bar Number 426585
                                    National Security Section
                                    Assistant United States Attorney
                                    555 Fourth Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 514-5776 telephone
                                    (202) 307-6059 facsimile

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing was caused to be served by facsimile on counsel of record for defendant Phito Cajuste, Teresa Kleiman, Esq., 419   7th Street, N.W., Suite 210, Washington, D.C.  20004, (202) 638-6514 telephone, (202) 638-4279 facsimile, this 5th day of December, 2006.

                                    _____
                                    Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 06-642(JDB) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **PHITO CAJUSTE** | : | |
| | : | |

**PROPOSED ORDER**

Upon consideration of the parties joint Motion to Continue Status Hearing, it is this ___ day of December, 2006,

ORDERED that the motion is GRANTED for the reasons stated in the Joint Motion.

_____
Judge JOHN D. BATES

cc:

Jeanne M. Hauch
National Security Section
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-5776 telephone
(202) 307-6059 facsimile

Teresa Kleiman, Esq.
419   7th Street, N.W., Suite 210
Washington, D.C.  20004
(202) 638-6514 telephone
(202) 638-4279 facsimile