UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-42(JDB)** |
| | : | |
| v. | : | **UNDER SEAL** |
| | : | |
| **PHITO CAJUSTE** | : | |
| | : | |

## UNOPPOSED MOTION OF THE PARTIES TO UNSEAL MATTER

The United States of America, through its attorney, the United States Attorney for the District of Columbia, unopposed by the defendant, through his attorney, respectfully moves the Court to unseal this matter, which was erroneously sealed in its entirety when the parties contemplated only a portion of a certain hearing being placed under seal.

1. Defendant entered a plea of guilty to one count of hostage taking on May 4, 2006.

2. On March 21, 2007, this Court held a status hearing. At a certain point in the hearing, defense counsel moved to seal a portion of the transcript for that hearing, for reasons known to the Court. The government did not oppose the motion to seal the transcript of a portion of that hearing. The Court granted the motion to seal a portion of the transcript of that hearing. Instead of a portion of the transcript of that hearing being sealed, the record reflected a sealing of the entire case.

3. It was not, and is not, the understanding of the parties to move that the case be sealed, nor are either of the parties of the view that the entire case needs to be sealed. The parties are of the opinion that it was not the intention of the court to seal the entire case, but rather to seal a portion of it. Upon learning very recently that the case had been placed under seal, the undersigned discussed this matter with defense counsel, who confirmed that her understanding is the same as the understanding of the undersigned.

4. Therefore, the government, unopposed by the defense, requests that the Court clarify the record and enter the attached order reflecting that this case is to be unsealed, with the exception of a portion of the hearing of March 21, 2007, which was the only part defense counsel had moved to seal in the first place.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498610

_____
Jeanne M. Hauch
D.C. Bar Number 426585
National Security Section
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-5776 telephone
(202) 307-6059 facsimile

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was caused to be served by first class mail on counsel of record for defendant Phito Cajuste, Teresa Kleiman, Esq., 419 7th Street, N.W., Suite 210, Washington, D.C. 20004, (202) 638-6514 telephone, (202) 638-4279 facsimile, this 13th day of April, 2007.

_____
Assistant United States Attorney

Case 1:06-cr-00042-JDB    Document 16    Filed 04/13/2007    Page 3 of 3