UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-42-02 (JDB) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PHITO CAJUSTE | : | |
| | : | |

**UNOPPOSED MOTION OF GOVERNMENT TO CONTINUE STATUS HEARING**

The United States of America, through its attorney, the United States Attorney for the District of Columbia respectfully moves the Court to continue the status hearing set in this matter for May 8, 2007 at 9:00 a.m.

1. Defendant entered a plea of guilty to one count of hostage taking on May 4, 2006, and is next set for a status hearing on May 8, 2007 at 9:00 a.m.

2. It was confirmed to the undersigned AUSA yesterday that she must make a business trip out of the country during the week of May 7-11, and thus she cannot be present for the scheduled hearing on May 8, 2007, and moves to continue the hearing.

3. The undersigned AUSA consulted defense counsel Ms. Teresa Kleiman and she does not oppose this motion to continue the status hearing.

4. The Court held a status hearing on March 21, 2007, at which time the parties discussed matters and developments which may affect the sentencing of the defendant. At the time, it was hoped that these matters would be substantially resolved by the date of the next scheduled hearing, however there continue to be further developments. A codefendant was recently brought before the court, Lesley Merise. Defendant Merise is set for a status hearing on May 18, 2007.

5. The government respectfully proposes that the court set this matter down for status hearing at some convenient date after May 18, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498610

_____
Jeanne M. Hauch
D.C. Bar Number 426585
National Security Section
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-5776 telephone
(202) 307-6059 facsimile

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was caused to be served by facsimile on counsel of record for defendant Phito Cajuste, Teresa Kleiman, Esq., 419 7th Street, N.W., Suite 210, Washington, D.C. 20004, (202) 638-6514 telephone, (202) 638-4279 facsimile, this 3rd day of May, 2007.

_____
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-642-02(JDB) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PHITO CAJUSTE | : | |
| | : | |

PROPOSED ORDER

Upon consideration of the government's Unopposed Motion to Continue Status Hearing, it is this ___ day of May, 2007,

ORDERED that the motion is GRANTED for the reasons stated in the Unopposed Motion.

_____
Judge JOHN D. BATES

cc:

Jeanne M. Hauch
National Security Section
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-5776 telephone
(202) 307-6059 facsimile

Teresa Kleiman, Esq.
419   7th Street, N.W., Suite 210
Washington, D.C.  20004
(202) 638-6514 telephone
(202) 638-4279 facsimile