UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No.: 06-042-02 (JDB) |
| | : | |
| v. | : | |
| | : | |
| **PHITO CAJUSTE,** | : | |
| | : | |
| **Defendant.** | : | |

ORDER FOR SENTENCING GUIDELINES DEPARTURE PURSUANT TO
GOVERNMENT'S MOTION UNDER 18 U.S.C. § 3553(e) and U.S.S.G. § 5K1.1

Having reviewed the Government's Motion for Downward Departure Based Upon Defendant's Substantial Assistance to the Government, any Response thereto, and any such evidence at any hearing on the motion, the Court hereby rules as follows:

THE COURT HEREBY FINDS that the defendant provided substantial assistance to the government in the prosecution of other persons, and,

IT IS ORDERED that the Government's Motion be granted and that the sentence imposed on the defendant will reflect a downward departure from the applicable sentencing range.

Date:_____     _____
                                UNITED STATES DISTRICT JUDGE

cc:

Jeanne M. Hauch
Assistant United States Attorney
National Security Section
555 Fourth Street, N.W., 11th Floor
Washington, D.C. 20530

Teresa Kleiman, Esq.
419 7th Street, N.W., Suite 210
Washington, D.C. 20004