07/26/2006 13:20 FAX 2026384279    HANSEN CHRIST PC                    PAGE 01/05
07/11/06 13:42 FAX 2023076069

HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-42 |
| vs. | : | SSN: |
| CAJUSTE, Phito | : | Disclosure Date: June 29, 2006 |

**RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT**

FILED
DEC 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ✓ ) There are no material/factual inaccuracies therein.
(   ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     7/11/2006
Prosecuting Attorney              Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
(   ) There are no material/factual inaccuracies therein.
( ✓ ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*Phito Cajuste 7/25/06        _____ 7/25/06
Defendant        Date            Defense Counsel      Date

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **July 13, 2006**, to U.S. Probation Officer **Valencia Fletcher**, telephone number **(202) 565-1365**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                             :  Crim. No. CR-06-42-02 (JDB)
          v.                 :  Status: July 27, 2006
                             :
PHITO CAJUSTE                :

## MATERIAL AND FACTUAL INACCURACIES IN PRESENTENCE INVESTIGATION REPORT

Mr. Cajuste, through undersigned counsel, submits the following regarding the Presentence Investigation Report (PIR) in the above-captioned matter:

1. Regarding "aliases", Mr. Cajuste's name is Phito Cajuste. He has no nickname or alias as he is called Phito.

2. Regarding #8 in the PIR, Mr. Cajuste is not aware of any hostage takers other than Leslie Merise, Ives Jean Louis, Ernso Louis and himself. If a fifth hostage taker was involved in the offense, Mr. Cajuste is not aware of it.

3. Also regarding #8 in the PIR, Mr. Cajuste did not take or receive, nor did he see any of the other participants in the offense take any money, watch or shoes.

4. Regarding #9 in the PIR, Mr. Cajuste did not attempt to tape the child's mouth, did not threaten the child or point a fake gun at her.

5. Regarding #10 in the PIR, Mr. Cajuste did not go to the first location where the child was held or see the location. Therefore he personally does not know if it was a shack. He was not familiar with the area. He does not know if the child was threatened during this time. However, he concedes that the government may have this knowledge.

6. Regarding #11 in the PIR, Mr. Cajuste did not go to the second location where the child was held or see the location. Therefore, he personally does not know if it was a remote mountainous location. He was not familiar with the area. He does not know if the child was threatened during this time. However, he concedes that the government may have this knowledge.

7. Regarding #12 - #17 in the PIR, Mr. Cajuste has no personal knowledge, but he concedes that the government may have this knowledge.

8. Regarding #18 in the PIR, Mr. Cajuste told the Haitian police that the conspirators offered him $8,000.00 to participate in the offense because the Haitian police were beating him for information. He made the story up so the Haitian police would be satisfied and stop beating him. At a subsequent debriefing session in Washington D.C., with the Assistant United States attorney, two FBI agents and undersigned counsel present, Mr. Cajuste informed the government of what he had told the Haitian police and why.

9. Regarding #19 in the PIR, Mr. Cajuste does not appear to be equally culpable as the other defendants. Mr. Cajuste did not recruit anyone to participate in the offense indicating that he was not a leader or organizer. He had never been to the home of the family before the offense nor was he familiar with the neighborhood where the home was located. Therefore, Mr. Cajuste was not involved in any prior surveillance of the home. He did not bring the fake gun into the home indicating that Mr. Cajuste intended no physical harm to anyone. He did not physically handle the child, threaten her, point a gun at her or otherwise mistreat her. He did not go to the first or second location where the child was held, was not aware of the physical conditions of the two locations, and he was not familiar with the area, indicating that Mr. Cajuste was not involved in prior planning or decisions about the location. He did not take from the home or receive - money, a watch, a wallet or a pair of shoes, and he was not aware that these items had been taken from the home. This indicates that Mr. Cajuste was not privy to certain information possessed by the other men nor did they intended to share the information with him. In addition, he is not aware of the possible involvement of a fifth person in the offense and, therefore, Mr. Cajuste was not privy to this information as well.

Although he made at least one ransom call, he was not involved in strategic decisions about what ransom amounts would be requested or about what ransom amounts would be accepted indicating that he was not a leader or organizer in the details of the offense.

10. Regarding #45 in the PIR, Mr. Cajuste does not have active tuberculosis but is being treated with medication as a precaution.

Respectfully submitted,

*Teresa G. Kleiman*
Teresa G. Kleiman  #445497
Counsel for Phito Cajuste

419 Seventh Street, NW
Suite 201
Washington, D.C.  20004
(202) 638-6514

### CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were faxed to Valencia Fletcher, United States Probation Officer, United States Probation Office, and faxed to Assistant United States Attorney Jean Hauch, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C., 20530, on this 26 day of July, 2006.

*Teresa G. Kleiman*
TERESA G. KLEIMAN

4